EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1940
 Fax:  (916) 322-8288
 Email:  Maria.Chan@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HAL HAYDON,** | 2:07-cv-01611-MCE-KJM (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **D. K. SISTO, et al.,** | |
| Respondents. | |

Respondent's first request for a thirty-day extension of time to file a response to the Petition for Writ of Habeas Corpus (docket no. 6) was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response by March 5, 2008.

DATED: February 15, 2008.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1